WILLIAM CURTIS, as Administrator, etc., Appellant, *v.* THE ROME, WATERTOWN AND OGDENSBURGH RAILROAD COMPANY, Respondent.

(Submitted January 29, 1892; decided March 1, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made September 8, 1891, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Circuit.

*D. P. Morehouse* for appellant.

*Edmund B. Wynn* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

THE PEOPLE ex rel. THE TRUSTEES OF ST. PATRICK'S CATHEDRAL, Respondent, *v.* JAMES DAVREN et al., Assessors of Long Island City, Appellants.

(Argued February 1, 1892; decided March 1, 1892.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made December 28, 1891, which affirmed an order of Special Term, striking from the assessment-roll an assessment on the relator's real estate.

*George W. Stephens* for appellant.

*George Bliss* for respondent.

Agree to affirm; no opinion.
All concur, except EARL, Ch. J., and PECKHAM, J., dissenting, and GRAY, J., not voting.
Order affirmed.